**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Thesesa Mejdrech, et al.

                             Plaintiff,

v.                                              Case No.: 1:01−cv−06107
                                                       Honorable Harry D. Leinenweber

Lockformer Company, The, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 25, 2012:

      MINUTE entry before Honorable Harry D. Leinenweber:The Motion to Distribute remaining settlement Funds of $79,403.92 in equal amounts to the following charitable organizations: The H Foundation, Easter Seals of DuPage County, The Illinois Chapter of the National Multiple Sclerosis Society, and the Loaves and Fishes Food Pantry serving DuPage County [238] is granted. The Court closes this matter and relieve class counsel of all future responsibility relating to this matter. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.